FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 MAY 31  PM 6: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                            Case No. 97-20074 D

JOHN FELIX GREER,

      Defendant.

---

## ORDER OF TRANSFER

---

The above-styled case is hereby transferred to Judge Jon P. McCalla in exchange for a previous case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 97-20074 D V to 97-20074 M1 V.

IT IS SO ORDERED this _3/_ day of _May_ 2005.

_Bernice Bouie Donald_
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-1-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 72 in case 2:97-CR-20074 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT